E-FILED
Tuesday, 16 December, 2014  03:41:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES, ex rel., WILLMAN CONSTRUCTION, INC., an Iowa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Corporation,<br><br>Defendant. | Civil Action No. 4:14-cv-04082-SLD-JEH<br><br><br><br>**MOTION UNDER FRCP 41(a)(2) FOR ORDER OF VOLUNTARY DISMISSAL** |

NOW COMES the undersigned Attorney for Plaintiff, after consultation with and approval by the owner of Plaintiff and notice to Defense Counsel, and moves under FRCP 41(a)(2) for an order dismissing this case.

WHEREFORE, the undersigned on behalf of Plaintiff requests that this Motion be granted.

                                    Willman Construction, Inc., Plaintiff,

                                  By:  /s/Earl A. Payson
                                      Earl A. Payson   No. 6210982
                                      Attorney at Law
                                      1313 Harrison Street
                                      Davenport, IA 52803
                                      Telephone: (563) 323-8054
                                      Facsimile: (563) 323-9112
                                      Email:  eappc@aol.com

                                      ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2014 I electronically filed the foregoing Motion Under FRCP 41(a)(2) For Order Of Voluntary dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy J. Howard @ THoward@howardandhoward.com
Thomas E. Howard @ TEHoward@howardandhoward.com
Earl A. Payson @ eappc@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None

/s/ Barbara E. Kampe