# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

**FILED**

FEB 1 8 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Willman Construction, Inc. )
Plaintiff )
)
vs. ) Case Number: 4:14-cv-04082
)
Westchester Fire Insurance Company )
Defendant )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the Plaintiff's Complaint and all claims therein are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

**Dated:** 2/18/2015

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court